flagged down the officers near there, and Whitfield was later arrested a few blocks away. The officers' reliance on the information before them was reasonable, and nothing that occurred later compelled a different conclusion. We affirm the district court's denial of Whitfield's motion to suppress the loaded firearm.

Based on the record, "a reasonable view of the evidence ... will sustain" the district court's denial of Whitfield's motion to suppress. *Davis*, 332 F.3d at 1167. Consequently, no evidentiary hearing is required.

**AFFIRMED.**

Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BERZON and IKUTA, Circuit Judges, and SINGLETON,* Senior District Judge.

### ORDER

The memorandum disposition filed August 27, 2007 is withdrawn. We replace it with a published opinion, filed concurrently with this order.

Anaya's petition for panel rehearing is denied. The parties may file new petitions for rehearing and rehearing en banc in accordance with the Federal Rules of Appellate Procedure.

**Virgilio ANAYA–ORTIZ, Petitioner,**

v.

· **Michael B. MUKASEY, Attorney General, Respondent.**

No. 03–74666.

United States Court of Appeals, Ninth Circuit.

Jan. 27, 2009.

Gary Finn, Esquire, Law Offices of Gary Finn, Indio, CA, for Petitioner.

CAS–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, Jennifer Keenery, Esquire, Melissa Lynn Neiman–Kelting, Trial, Oil, U.S. Department of

**Jose de Jesus BARRAGAN–BARRAGAN; et al., Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 08–74372.

United States Court of Appeals, Ninth Circuit.

* The Honorable James K. Singleton, United States District Judge for the District of Alaska, sitting by designation.